## No. C-149

In the Matter of the Estate of Henry Linker, Deceased, Henry L. Linker and Clarence L. Linker, as Heirs and Beneficiaries of the Estate of Henry Linker v. Gretta Linker, Claimant against the Estate of Henry Linker, and Robert Haffke, Executor De Bonis Non of the Estate of Henry Linker

(514 P.2d 633)
Certiorari dismissed April 5, 1972.

*En Banc.*